UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANCIS PADILLA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 5:12-cv-276-Oc-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

ORDER

    Pending before the Court is Plaintiff's Unopposed Motion to Stay. (Doc. 4). Plaintiff has asked this Court to stay the case because the Appeals Council has agreed to reconsider its decision to affirm the Administrative Law Judge's ruling. Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiff represents that Defendant's attorney has been contacted and has no objection to the requested relief. (Id. ¶ 5).

    Upon due consideration, it is hereby ORDERED that:

    1.    Plaintiff's Unopposed Motion to Stay is GRANTED.

    2.    The Clerk is directed to administratively close the file until further order of the Court.

    3.    Plaintiff is directed to file a status report with the Court on or before September 20, 2012 and every ninety (90) days thereafter.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on June 22, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel