UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCIS PADILLA,

          Plaintiff,

-vs-                                            Case No. 5:12-cv-276-Oc-18PRL

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

          Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 6) pursuant to sentence four of 42 U.S.C. § 405(g). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to enter **JUDGMENT**, terminate any pending motions, and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ____ day of September, 2012.

                                                                G. KENDALL SHARP
                                                                Senior United States District Judge

Copies to:

Counsel of Record