UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FRANCIS PADILLA,**

    Plaintiff,

v.                                               Case No:  5:12-CV-276-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Pending before the Court is Plaintiff's Petition for an Award of Attorney's Fees, Costs & Expenses under the Equal Access to Justice Act 28 U.S.C. § 2412 and Supporting Affidavit(s). (Doc. 11.)  Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Plaintiff requests an award of fees in the amount of $977.77.  Plaintiff also seeks costs of $350.00 for the filing fee and $23.00 for service of process fees.  The schedule of hours submitted by Plaintiff confirms the attorney hours.  (Doc. 11.)  Plaintiff represents that Defendant has no objection to Plaintiff's Petition.  (Doc. 11.)

Plaintiff asserts that Plaintiff is the prevailing party in this litigation, that the Commissioner's position in the underlying action and this litigation was not substantially justified, and that his net worth at the time the proceeding was filed was less than two million dollars.[1]  On September 4, 2012, the Court entered an Order reversing and remanding this cause

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 9.) The same day, the Clerk entered Judgment. (Doc. 10.) On October 30, 2012, Plaintiff filed the instant Petition.

Plaintiff attached a copy of Plaintiff's Assignment of Fees, wherein Plaintiff agrees to "assign all fees" related to this case to counsel. (Doc. 11.) In light of the assignment, Plaintiff requests that the payment be made payable and delivered to Plaintiff's counsel, unless Plaintiff owes a federal debt. If the U.S. Department of Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Pursuant to the provision of the EAJA (28 U.S.C. § 2412(d)), Plaintiff's Petition (Doc. 11) is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of **$977.77**, costs in the amount of **$350.00**, and expenses in the amount of **$23.00**. Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on November 16, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:  All Counsel